# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00423-CV

**Renovate In Texas and Johnie B. Wasley, Jr., Appellants**

**v.**

**The Steam Team, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-21-000966, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal, vacate the trial court's judgment, and remand the case for rendition of a new judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion. We dismiss the appeal, and we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Vacated and Remanded

Filed: October 29, 2021